UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAPOLEON HOLYFIELD,<br>SHANTA TOWNSELL,<br>OLIVER NORWOOD,<br><br>    Plaintiffs<br><br>v.<br><br>RAYMOND GONZAEZ, et al.,<br><br>    Defendants | Case No.: 3:23-cv-00431-MMD-CSD<br><br>**Order**<br><br>Re: ECF Nos. 1, 1-1, 3 |

On August 30, 2023, an application to proceed *in forma pauperis* (IFP) was filed along with a pro se complaint. (ECF Nos. 1, 1-1.) The plaintiffs listed on both the IFP application and the complaint are Napoleon Holyfield, Shanta Townsell, and Oliver Norwood. Both documents are signed only by Napoleon Holyfield. In addition, the only address provided is by Napoleon Holyfield.

The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

*Each* plaintiff needs to file his or her own IFP application. Therefore, the pending IFP application (ECF No. 1) is **DENIED WITHOUT PREJUDICE** since it purports to be made on behalf of each plaintiff but is only signed by Holyfield.

Within **14 days** of the date of this Order, Plaintiffs shall file updated contact information for *each plaintiff*. If this is not timely done, the court will recommend dismissal of this action without prejudice. LR IA 3-1.

Once contact information is provided for *each plaintiff*, the court will direct the Clerk to send *each plaintiff* a copy of the instructions and application to proceed IFP for a non-prisoner and will provide a deadline for Plaintiffs to file their IFP applications or pay the full filing fee.

Finally, the court notes that a complaint was filed (ECF No. 1-1), and on September 8, 2023, an "amended petition" was filed to clarify that the defendants acted under color of state law. (ECF No. 3.) An amended complaint, however, must be complete in and of itself without referring or incorporating by reference any previous complaint. Plaintiff's amended petition is not complete in and of itself. Therefore, the court shall **STRIKE** the amended petition (ECF No. 3).

Within **30 days** of the date of this Order, Plaintiffs shall file an amended complaint which is complete in and of itself without referring or incorporating by reference any previous complaint. Any allegations, parties, or requests for relief from a prior complaint that are not carried forwarded in the amended complaint are no longer be before the court. Plaintiffs shall clearly title the amended pleading as "AMENDED COMPLAINT." If Plaintiffs fail to file an amended complaint within the 30 days, the action will proceed on the original complaint (once an IFP application is filed on behalf of each plaintiff or the full filing fee is paid). The amended complaint must be signed by each plaintiff. If an amended complaint is not filed, and the plaintiffs wish to proceed on the original complaint, also within 30 days, they must submit a version of the original complaint that is signed by *each of the plaintiffs*. If a complaint is not filed

that is signed by *each plaintiff*, the court will recommend dismissal of this action without prejudice.

If and when the completed IFP applications are filed, the court will screen the operative pleading under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

**IT IS SO ORDERED**.

Dated: September 14, 2023

_____
Craig S. Denney
United States Magistrate Judge