UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAPOLEON HOLYFIELD, SHANTA TOWNSELL, OLIVER NORWOOD,<br><br>Plaintiffs<br><br>v.<br><br>RAYMOND GONZAEZ, et al.,<br><br>Defendants | Case No.: 3:23-cv-00431-MMD-CSD<br><br>**Report & Recommendation of United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

On August 30, 2023, an application to proceed *in forma pauperis* (IFP) was filed along with a pro se complaint. (ECF Nos. 1, 1-1.) The plaintiffs listed on both the IFP application and the complaint are Napoleon Holyfield, Shanta Townsell, and Oliver Norwood. Both documents are signed only by Napoleon Holyfield. In addition, the only address provided is by Napoleon Holyfield.

On September 14, 2023, the court issued an order denying the IFP application without prejudice and requiring *each* Plaintiff to file an IFP application, as well as updated contact information for *each* Plaintiff. In addition, the court required an amended complaint to be filed within 30 days. The plaintiffs were cautioned that a failure to timely comply with the court's order would result in a recommendation that this case be dismissed without prejudice. (ECF No. 4.)

Plaintiffs did not timely comply with the order: IFP applications were not filed for each Plaintiff; updated contact information was not submitted for each Plaintiff; and no amended complaint was filed. Therefore, this action should be dismissed without prejudice.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: January 9, 2024

_____
Craig S. Denney
United States Magistrate Judge